SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaii

CRAIG W. JEROME      # 8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      craig_jerome@fd.org

Attorney for Defendant
REMEDIOS A. ALASAAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 26-00052 JAO |
| | ) | |
| Plaintiff | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| REMEDIOS A. ALASAAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, First Assistant Federal Public Defender Craig W.

Jerome, and hereby enters his appearance before this Court on behalf of Defendant

Remedios A. Alasaas, in the above-captioned case.

DATED: Honolulu, Hawaii, June 2, 2026.

 /s/ Craig W. Jerome
CRAIG W. JEROME
Attorney for Defendant
REMEDIOS A. ALASAAS

## CERTIFICATE OF SERVICE

I, CRAIG W. JEROME, hereby certify that on the date and by the

method of service noted below, a true and correct copy of the foregoing was served on

the following at their last known address:

GREGG PARIS YATES          (Via CM/ECF)
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, June 2, 2026.


 /s/ Craig W. Jerome
CRAIG W. JEROME
Attorney for Defendant
REMEDIOS A. ALASAAS